IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

FILED
U.S. BANKRUPTCY COURT
2010 MAY 17 AM 11: 47
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

IN Re: ) KAY WOODS
) U.S. BANKRUPTCY JUDGE
ROBERT L. RANDALL )
LAYKESHA E. RANDALL )
)
        Debtors ) CH 13 Case No. 08-43685
)
) **TRANSMITTAL OF UNCLAIMED FUNDS**

TO THE CLERK - U.S. BANKRUPTCY COURT:

1. Ninety days have passed since Final Distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The name of the persons to whom such unnegotiated check was issued, the amount of such check and its last known address is:

        ROBERT L. RANDALL
        LAYKESHA E. RANDALL
        1516 W. PRATT ST., UNIT G
        CHICAGO, IL 60626

        $5.00

        **TOTAL:**     $5.00

2. A check in the amount of $231.75, payable to the Clerk of the United States Bankruptcy Court is attached to this report and list and includes remittance of the above funds.

3. Nothing further remains to be done in this case.

DATED this ___13th___ day of May, 2010.

        _____
        MICHAEL A. GALLO, TRUSTEE
        20 Federal Plaza West
        Suite #602
        Youngstown, OH 44503
        (330) 743-1246

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

IN Re: ) KAY WOODS
) U.S. BANKRUPTCY JUDGE
ROBERT L. RANDALL )
LAYKESHA E. RANDALL )
)
Debtors ) CH 13 Case No. 08-43685
)
)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing TRANSMITTAL OF UNCLAIMED FUNDS was sent this ___13th___ day of May, 2010, by electronic transmission to:

Office of the U.S. Trustee
Howard M. Metzenbaum
U.S. Courthouse
201 Superior Ave. E
Suite #441
Cleveland, OH 44114-1240

MICHAEL A. GALLO, TRUSTEE
20 Federal Plaza West
Suite #602
Youngstown, OH 44503

By: _Jennifer Buchmann_
Jennifer Buchmann - Assistant

```
CLERK OF THE U.S. BANKRUPTCY COURT
FEDERAL BUILDING & COURT HOUSE
10 E COMMERCE STREET
YOUNGSTOWN, OH 44503
```

Trustee:67  TR-009A

CREDITOR:523237  Page 1 OF 1

VOUCHER FOR CHECK: 788339
DATED: 2010/04/23

| NAME OF CREDITOR | CASE | CLMS | REF | DEBTORS' NAME | ACCOUNT NUMBER | AMOUNT IN THE CHECK PRINCIPAL | INTEREST | PAID TO DATE | PRINC + INT NEW BALANCE |
|---|---|---|---|---|---|---|---|---|---|
| CLERK OF THE U.S. BANKRUPTCY C | 0543501 | 926 | 6 | 40 GORE, ROBERT C / GORE, THERESA A | UNCLAIMED FUNDS | 16.06 | 0.00 | 16.06 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0546161 | 926 | 6 | 28 OLIVER, ROBERT PAUL / OLIVER, BONNIE FAYE | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0549265 | 926 | 6 | 37 ALLEN, ELIZABETH | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0549475 | 926 | 6 | 57 CULP SR, ANDREW / CULP, CARRIE | UNCLAIMED FUNDS | 13.00 | 0.00 | 13.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0640313 | 926 | 6 | 41 JOHNSON, HAROLD / JOHNSON, SHERRIL | UNCLAIMED FUNDS | 3.82 | 0.00 | 3.82 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0641990 | 926 | 6 | 15 STASSINIS, MICHAEL ANTHON / STASSINIS, FLORENCE BURNS | UNCLAIMED FUNDS | 104.22 | 0.00 | 104.22 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0740010 | 926 | 6 | 10 BELL, SR., EARL LEROY | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0740227 | 926 | 6 | 24 ROBINSON, LESTER L. | UNCLAIMED FUNDS | 5.01 | 0.00 | 5.01 | 9,999,994.98 |
| CLERK OF THE U.S. BANKRUPTCY C | 0740541 | 926 | 6 | 21 BOYLE, MELISSA L. / BOYLE, DOUGLAS A. | UNCLAIMED FUNDS | 5.01 | 0.00 | 5.01 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0740986 | 926 | 6 | 41 BOWERSOCK, CHRISTY LEE | UNCLAIMED FUNDS | 39.46 | 0.00 | 39.46 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0741637 | 926 | 6 | 20 FISHER, RONALD E. / FISHER, CONNIE S. | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0741870 | 926 | 6 | 12 SEKULA, EDWARD FRANCIS / SEKULA, MARY MARGARET | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 9,999,994.99 |
| CLERK OF THE U.S. BANKRUPTCY C | 0840346 | 926 | 6 | 27 EVANS, TERRY A. | UNCLAIMED FUNDS | 5.17 | 0.00 | 5.17 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0843081 | 926 | 6 | 21 JACKSON, TIMOTHY CHARLES / JACKSON, JODI MARIE | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0843685 | 926 | 6 | 22 RANDALL, ROBERT L. / RANDALL, LAYKESHA E. | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0940825 | 926 | 6 | 37 MARKWELL, CECILA E. | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 1.41 |

CURRENT CHECK
#ITEMS 16
PRINCIPAL 231.75
INTEREST 0.00
PRINC + INT 231.75

08-43685-kw    Doc 23    FILED 05/17/10    ENTERED 05/17/10 14:04:33    Page 3 of 3